File Hashes for IP Address 173.79.163.107

**ISP:** Verizon FiOS
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/07/2014 13:53:32 | C0CAFC0D34E4EE0022611ED577CF42FD0CC74ED0 | Still Mine |
| 11/30/2014 18:27:52 | A861709042C4735358CE52E264A3BEDD9B84227E | Forever You Part #2 |
| 11/22/2014 18:38:39 | 97FAD62858FDD3C8312B76576004B38CE4FDF48F | Fuck Me More |
| 11/15/2014 06:15:16 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 11/06/2014 10:22:57 | D7B1EB5F911B20F8CAEC3034E51AF6C2800982C8 | Model Couple |
| 11/06/2014 10:19:11 | D290D03ADF13ECA2AE0A1FA2416EABBB8F1A3AB8 | Bohemian Rhapsody |
| 11/06/2014 03:52:07 | 5200A63B3CD5AB12FECEA4AEA549BEDD75B57F62 | Fireside Fantasy |
| 11/06/2014 01:42:57 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 11/02/2014 21:27:23 | 84078B91DFF52CD31E3FE6B89C257073EF34B835 | One Show For Each |
| 11/01/2014 06:51:36 | 989F58D12D55F7C91BC2D527654CAED30511048F | Double Oh Heaven |
| 11/01/2014 05:27:58 | 6CB27E25B2E8F613B04017D51C11519300D45E9D | Dripping Desires |
| 10/19/2014 05:36:33 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/09/2014 18:03:10 | F5B1BAD5FEBFCB4597AE3941B111D15C0EEC1602 | Fucking Goddesses |
| 10/09/2014 17:46:58 | A5F120130783A81AD17935EF345E31F03783969D | Fun For Three |
| 10/09/2014 14:31:47 | D59EFF51307CB4F94FC37D6F10EBED68EB6ECD2C | Four Ways |
| 09/11/2014 04:30:07 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 08/21/2014 01:57:34 | CE3B0EB7CC5E64216D1D6BEC4491988525EEB338 | So Young |

**Total Statutory Claims Against Defendant: 17**

EVA176

EXHIBIT A