## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | **CASE NO.: 1:15-cv-00163-AJT-MSN** |
| Plaintiff, | |
| v. | |
| JUSTIN MATSUBARA, | |
| Defendant. | |

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT JUSTIN MATSUBARA

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant Justin Matsubara With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have thirty (30) days or until July 9, 2015 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 11th day of June, 2015.

_____/s/_____

Michael S. Nachmanoff

By: United States Magistrate Judge

**UNITED STATES ~~DISTRICT~~ JUDGE**

Magistrate

1